## UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

Deborah S. Hunt
Clerk

100 EAST FIFTH STREET, ROOM 540
POTTER STEWART U.S. COURTHOUSE
CINCINNATI, OHIO 45202-3988

Tel. (513) 564-7000
www.ca6.uscourts.gov

Filed: January 25, 2023

Mr. John Michael Huget
Honigman
315 E. Eisenhower Parkway
Suite 100
Ann Arbor, MI 48108

Mr. Andrew Michael Pauwels
Honigman
660 Woodward Avenue
Suite 2290
Detroit, MI 48226

Re:  Case No. 23-1062, *Brokerarte Capital Partners, LLC v. Detroit Inst of Arts*
     Originating Case No. : 2:23-cv-10066

Dear Counsel,

   The appellant in the above styled case has filed a motion injunction pending appeal.

   A response to the motion must be filed with the Clerk's Office by January 30, 2023. A reply would be due no later than February 01, 2023.

   Your immediate attention to this matter is appreciated.

                                            Sincerely yours,

                                            s/Roy G. Ford
                                            Case Manager
                                            Direct Dial No. 513-564-7016

cc:  Mr. Aaron M. Phelps
     Mr. Neil E Youngdahl