# UNITED STATES COURT OF APPEALS
# FOR THE SIXTH CIRCUIT
# CIVIL APPEAL STATEMENT OF PARTIES AND ISSUES

Case No: **23-1062**     Case Manager: **Roy G. Ford**

Case Name: **Brokerarte Capital Partners, LLC v. Detroit Inst of Arts**

Is this case a cross appeal?  ☐ Yes  ☑ No

Has this case or a related one been before this court previously?  ☐ Yes  ☑ No

If yes, state:
  Case Name: _____     Citation: _____
  Was that case mediated through the court's program?  ☐ Yes  ☐ No

**Please Identify the Parties Against Whom this Appeal is Being Taken and the Specific Issues You Propose to Raise:**

> This appeal is being taken against the Detroit Institute of Arts ("DIA").
>
> Appellant raises the following issues:
>
> Whether the district court erred in deciding that the Immunity from Seizure Act, 22 U.S.C. 2459(a), applies to Vincent van Gogh's 1888 painting entitled "Liseuse De Romans" ("the Painting"), which is owned by Appellant and currently in the DIA's possession.
>
> Whether the district court erred by declining to issue a preliminary injunction that requires the DIA to retain possession of the Painting until the district court can decide the merits of Appellant's replevin claim.

This is to certify that a copy of this statement was served on opposing counsel of record this __7th__ day of _____ **February** , **2023** .

**Neil E. Youngdahl**
Name of Counsel for Appellant

6CA 53
Rev. 6/08